IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

KENNETH LUNA,        )
       )
       Plaintiff,        )
       )
-vs-        )     Case No. CIV-09-886-F
       )
MICHAEL J. ASTRUE,        )
Commissioner, Social Security        )
Administration,        )
       )
       Defendant.        )

## ORDER

On April 26, 2010, United States Magistrate Judge Bana Roberts issued a Report and Recommendation, wherein she recommended that defendant's final decision denying plaintiff's applications for disability insurance benefits and supplemental security income payments under the Social Security Act be affirmed.

Presently before the court is plaintiff's timely objection to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the matter. Having done so, the court concurs in the analysis and recommendation of Magistrate Judge Roberts. The court rejects plaintiff's arguments in support of the objection. The court therefore accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bana Roberts issued on April 26, 2010 (doc. no. 18) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Michael J. Astrue, Commissioner of Social Security Administration, denying plaintiff,

Kenneth Luna's applications for disability insurance benefits and supplemental security income payments under the Social Security Act is **AFFIRMED**.

ENTERED this 3rd day of June, 2010.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0886p002.wpd